**Chenoweth Law Group, PC**
Aurelia Erickson, OSB #126170
aerickson@chenowethlaw.com
Robert J. McGaughey, OSB #800787
bobm@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Lead Plaintiff Movant
and [Proposed] Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Michael
Budukiewicz and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JAMES WAKEFIELD, Individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>ESS TECH, INC., ERIC P. DRESSELHUYS, AND AMIR MOFTAKHAR,<br><br><br><br>Defendants. | CASE No.: 3:23-cv-00050-JR<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MICHAEL BUDUKIEWICZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

Page 1 - DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MICHAEL BUDUKIEWICZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

| | |
|---|---|
| MICHAEL BUDUKIEWICZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESS TECH, INC., ERIC P. DRESSELHUYS, AND AMIR MOFTAKHAR,<br><br>Defendants. | **CASE No.: 3:23-cv-00234-JR** |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Budukiewicz ("Budukiewicz"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.  I make this Declaration in support of Budukiewicz's motion for consolidation, appointment as Lead Plaintiff of the Class, and approval of his selection of Pomerantz as Lead Counsel and Chenoweth Law Group, P.C. as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:      Loss Chart of Budukiewicz;

Exhibit 2:      Press release published over *Globe Newswire* on January 13, 2023, announcing the pendency of the first-filed of the above-captioned actions;

Exhibit 3:      Shareholder Certification executed by Budukiewicz;

Exhibit 4:      Declaration executed by Budukiewicz; and

Exhibit 5:      Firm resume of Pomerantz.

Page 2 -  DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MICHAEL BUDUKIEWICZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 13, 2023.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman