# EXHIBIT 1

**ESS Tech, Inc. (GWH)**
**Class Period: August 11, 2022 to December 7, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $2.2317 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Budukiewicz | 12/6/2022 | 10,000 | $2.9600 | ($29,600) | | | | | 10,000 | $22,317 | ($7,283) |

*Avg Closing Prices from December 8, 2022 to March 7, 2023