# EXHIBIT 2



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER    🔍



# GWH INVESTOR ALERT: ROSEN, A TOP RANKED LAW FIRM, Encourages ESS Tech Inc. Investors with Losses Over $100K to Secure Counsel Before Important Deadline in Securities Class Action Filed by the Firm – GWH

January 12, 2023 22:00 ET | Source: **The Rosen Law Firm PA**    Follow







**WHY:** NEW YORK, Jan. 12, 2023 (GLOBE NEWSWIRE) -- Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of ESS Tech Inc. (NYSE: GWH) between August 11, 2022 and December 7, 2022, both dates inclusive (the "Class Period"). A class action has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than March 13, 2023**.

**SO WHAT:** If you purchased ESS Tech securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the ESS Tech class action, go to https://rosenlegal.com/submit-form/?case_id=10877 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than March 13, 2023**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions. Be wise in selecting counsel. The Rosen Law Firm represents



NEWSROOM     SERVICES ⌄     FRANÇAIS     SIGN IN     REGISTER

the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose, among other things, that: (1) the purported agreement with Energy Storage Industries Asia Pacific ("ESI") was in fact an undisclosed related party transaction because ESI was a de-facto subsidiary of ESS masquerading as third-party client; (2) ESS misled investors with their partnership announcement to signal business success to investors; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the ESS Tech class action, go to https://rosenlegal.com/submit-form/?case_id=10877 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the

Case 3:23-cv-00050-JR    Document 16-2    Filed 03/13/23    Page 4 of 5



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER

independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**Tags**

Class Action

# Recommended Reading

March 13, 2023 15:01 ET

Source: The Rosen Law Firm PA

**ROSEN, A HIGHLY RECOGNIZED LAW FIRM, Encourages Invivyd, Inc. f/k/a Adagio Therapeutics, Inc. Investors with Losses to Secure Counsel Before…**



NEW YORK, March 13, 2023 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of Invivyd, Inc. f/k/a

March 13, 2023 13:44 ET

Source: The Rosen Law Firm PA

**ROSEN, A LEADING LAW FIRM, Encourages Sotera Health Company Investors with Losses to Secure Counsel Before Important March 27 Deadline in…**

NEW YORK, March 13, 2023 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of Sotera Health

Case 3:23-cv-00050-JR    GWH INVESTOR ALERT: ROSEN Document 16-2    Filed 03/13/23 LAW FIRM    Page 5 of 5



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER

# Explore





## [Iovate Health Sciences Announces New Chief Financi...](#)

March 13, 2023 15:14 ET

## [York University and Canadian Black Chamber of Comm...](#)

March 13, 2023 15:06 ET



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· [Home](#)    · [Legal](#)

· [Newsroom](#)    · [Contact us](#)

· [RSS Feeds](#)

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.