## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JAMES WAKEFIELD, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ESS TECH INC., ERIC P. DRESSELHUYS, and AMIR MOFTAKHAR,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00050-JR (Lead Case)<br><br>**ORDER OF DISMISSAL** |
| MICHAEL BUDUKIEWICZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ESS TECH INC., ERIC P. DRESSELHUYS, and AMIR MOFTAKHAR,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00234-JR (Trailing Case) |

On consideration of Lead Plaintiff and Defendants' Joint Motion re Dismissal, and good cause appearing therefor, it is hereby ORDERED that:

1. The above-captioned actions are dismissed pursuant to Federal Rule of Civil Procedure 41(a); and

2. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: June 29th, 2023.

                              /s/ Jolie A. Russo
                              HONORABLE JOLIE A. RUSSO
                              UNITED STATES MAGISTRATE JUDGE

Submitted by:

BLACK HELTERLINE LLP

By: s/ Michael B. Merchant
Michael B. Merchant, OSB No. 882680
Britta E. Warren, OSB No. 065441
(503) 224-5560

*Liaison Counsel for Lead Plaintiff Maurice A. Rendon and Liaison Counsel for the Class*